

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

parties' marriage and awarding custody of the parties' children.

The judgment is affirmed. Rule 84.16(b).

■

Dexter P. ROMO, Respondent,

v.

**Kum Son ROMO, Appellant.**

**No. WD 49605.**

Missouri Court of Appeals,
Western District.

June 20, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 1, 1995.

Application to Transfer Denied
Sept. 19, 1995.

■

**Bogdan STRYCHARZ and Krystyna
Dudkowski, Plaintiffs–
Appellants,**

v.

**Joseph D. BARLOW, and Defendant Ad
Litem for Joseph Dudkowski,
Defendants–Respondents.**

**No. 66352.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 27, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 27, 1995.

Application to Transfer Denied
Sept. 19, 1995.

Elaine I. Jones, Jefferson City, for appellant.

John E. Curran, Julie J. McNitt, Curran and Clifford, Osage Beach, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and ELLIS, JJ.

### *ORDER*

PER CURIAM:

This is an appeal from the order of the Morgan County Circuit Court dissolving the

